### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBRA HOPKINS, et al. )<br>)<br>Plaintiffs )<br>vs. )<br>)<br>BOARD OF WILSON COUNTY, KANSAS )<br>COMMISSIONERS,  et al. )<br>)<br>Defendants )<br>) | Case No. 2:15-cv-2072-CM-TJJ |

### MOTION TO APPROVE
### SETTLEMENT AND DISMISS ACTION WITH PREJUDICE

**COMES NOW,** Plaintiffs and Defendants, by and through their counsel of record, and respectfully submit their Joint Motion to Approve Settlement and Dismiss this Action with Prejudice. In support of this Motion, parties state as follows:

1. Plaintiffs First Amended Complaint (Doc. No.29) alleges various tort and statutory claims arising out of the death of Naomi Keith at the Wilson County Jail on September 3, 2013.

2. On October 1, 2018 the parties engaged in mediation with the Honorable Jay Daugherty, but were unsuccessful.

3. On October 9, 2018, the parties agreed to a settlement proposal drafted by the mediator.  This agreement will be submitted to the Court *in camera*.

4. Plaintiffs believe that the total settlement amount is sufficient consideration for the release of all claims raised in the complaint.

Wherefore, the parties respectfully request the Court approve the settlement in our finding that the settlement is reasonable and proper. The parties further request the Court enter a final judgment of dismissal with prejudice of all claims pursuant to Fed. R. Civ. P. 41 (a)(2).

Respectfully Submitted,

/s/Jeremiah Johnson
_____
Jeremiah Johnson #22726
The Law Offices of
Jeremiah Johnson, LLC
1627 Main Street, Suite 900
Kansas City, MO 64108
(816) 581-4600
Jeremiah@kcatty.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and
foregoing was
sent via the Court's ECF system
on this 15th day of February 2019, to:

Terrelle A. Mock
Fisher, Patterson, Sayler, & Smith, LLP
3550 Southwest 5th Street
Topeka, Kansas 66603
tmock@fisherpatterson.com

ATTORNEYS FOR DEFENDANTS WILSON COUNTY BOCC AND PETE FIGGINS

J. Thaddeus Eckenrode
Lisa H. Howe
11477 Olde Cabin Road, Suite 110
St. Louis, Missouri 63141

jte@eckenrode-law.com
lhh@eckenrode-law.com

ATTORNEYS FOR DEFENDANTS ADVANCED CORRECTIONAL HEALTHCARE, INC.


**/s/Jeremiah Johnson**
_____
Jeremiah Johnson
ATTORNEY FOR PLAINTIFFS